# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>          Respondent. | Case No. 1:26-cv-01849-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION AND TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

On June 11, 2026, the Court granted Respondent's motion for extension of time and extended the deadline to file a response to the petition to June 29, 2026. To date, no response has been filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven (7) days of the date of service of this order, Respondent SHALL FILE a response to the petition; and

2. Within seven (7) days of the date of service of this order, Respondent SHALL SHOW CAUSE why sanctions should not be imposed for failure to follow the Court's June 11, 2026 order.

IT IS SO ORDERED.

Dated:    **July 7, 2026**                                    _____

STANLEY A. BOONE
United States Magistrate Judge