# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | Case No. 1:26-cv-01849-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE CERTIFICATE OF SERVICE |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 13, 2026, Respondents filed a response to the petition. (ECF No. 17.) Rule 5 of the Federal Rules of Civil Procedure provides that when a pleading or motion is served by means other than by filing it within the Court's electronic-filing system, "a certificate of service must be filed with it or within a reasonable time after service." Fed. R. Civ. P. 5(d)(1)(B)(i). Further, for documents conventionally served, the Local Rules require that proof of service "be endorsed upon or affixed to the original of the document when it is lodged or filed" and "shall be under penalty of perjury and shall include the date, manner and place of service." L.R. 135(c). Here, however, no certificate of service was attached to the response, and none has been filed subsequently.

///

Accordingly, IT IS HEREBY ORDERED that within three (3) days of the date of service this order, Respondents SHALL file a certificate of service of the response.

IT IS SO ORDERED.

Dated: **July 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge