# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | Case No. 1:26-cv-01849-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL COPY OF RESPONDENT'S RESPONSE (ECF No. 17) TO PETITIONER'S NEW ADDRESS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 13, 2026, Respondent filed a response to the petition. (ECF No. 17.) On July 15, 2026, Respondent filed a certificate of service indicating that the response was served on Petitioner via mail addressed to FCI Lewisburg. (ECF No. 20.) On July 15, 2026, the Court received Petitioner's notice of change of address to FCI Berlin. (ECF No. 21.)

Accordingly, the Court DIRECTS the Clerk of Court to mail a copy of Respondent's response (ECF No. 17) to Petitioner at his new address.

IT IS SO ORDERED.

Dated: **July 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge