ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUSTIN WALKER,

PETITIONER,

V.

WARDEN, FCI MENDOTA,

RESPONDENT.

CASE NO. 1:26-CV-01849-SAB-HC

ORDER SEALING DOCUMENTS AS SET FORTH IN RESPONDENT'S NOTICE

(ECF No. 18)

Pursuant to Local Rule 141(b) and based upon the representation contained in the Respondent's Request to Seal, IT IS HEREBY ORDERED that the Attachment 4 to the Declaration to Respondent's Opposition pertaining to Petitioner Justin Walker, and the Respondent's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the Petitioner.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Respondent's Request, sealing the Respondent's Request and Attachment 4 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its Notice to Seal, the Court further finds

that there are no additional alternatives to sealing the Respondent's Request and Attachment 4 that would adequately protect the compelling interests identified by the Respondent.

IT IS SO ORDERED.

Dated: **August 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge