# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUSTIN WALKER,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 1:26-cv-01849-SAB-HC

ORDER GRANTING PETITIONER'S MOTION FOR COPY AND DIRECTING CLERK OF COURT TO MAIL COPY OF RESPONDENT'S RESPONSE (ECF No. 17) TO PETITIONER

(ECF No. 28)

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 13, 2026, Respondent filed a response to the petition. (ECF No. 17.) On July 15, 2026, Respondent filed a certificate of service indicating that the response was served on Petitioner via mail addressed to FCI Lewisburg. (ECF No. 20.) On July 15, 2026, the Court received Petitioner's notice of change of address to FCI Berlin. (ECF No. 21.) On July 21, 2026, the Court ordered the Clerk to Court to mail a copy of Respondent's response to Petitioner at his new address. (ECF No. 22.)

On September 23, 2026, the Court received the instant motion for copy wherein Petitioner states that he never received Respondent's response to his petition. (ECF No. 28.)

///

///

Accordingly, the Court HEREBY GRANTS Petitioner's motion for copy (ECF No. 28) and DIRECTS the Clerk of Court to send Petitioner a copy of Respondent's response (ECF No. 17).

IT IS SO ORDERED.

Dated: **September 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge